IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
MAY -9 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR. NO. 2:07CR100-WKW |
| v. | ) | [21 USC 841(a)(1)] |
| | ) | |
| ALI RASUL | ) | INDICTMENT |
| | ) | |

The Grand Jury charges:

## COUNT 1

On or about June 3, 2006, in the Middle District of Alabama, the defendant,

ALI RASUL,

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Susan R. Redmond
Assistant United States Attorney