UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA §
§
v. § CASE NO. 2:07cr100-WKW
§
ALI RASUL §
§

### Consent to Transfer of Case for Plea and Sentence

I, Ali Rasul, defendant, have been informed that an indictment is pending against me in the Middle District of Alabama in the above designated cause. I wish to plead guilty to the offense charged, consent to the disposition of the case in the Southern District of Texas in which I am held, and waive trial in the Middle District of Alabama.

Dated: 7/31/07

Ali Rasul
Defendant

Charley Davidson
Attorney for Defendant in S.D. Texas

APPROVED:

Leura G. Canary
United States Attorney – Middle District of Alabama

Donald J. DeGabrielle, Jr.
United States Attorney – Southern District of Texas